Submitted on record and briefs March 8, appeal dismissed May 12, 1999

HOWARD SPARKLIN,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(97C-13152; CA A100788)

981 P2d 825

Jay Edwards filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Judy C. Lucas, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Wollheim and Brewer, Judges.

PER CURIAM

Appeal dismissed. *Jones v. Thompson,* 156 Or App 226, 968 P2d 380 (1998).